# Third District Court of Appeal
## State of Florida

Opinion filed January 27, 2021.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D20-1814
Lower Tribunal No. 83-5616A

————————————

**Charles Clark,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Charles Clark, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.